ORIGINAL

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0733

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0733

———————————

MONTANA DEPARTMENT OF PUBLIC
HEALTH AND HUMAN SERVICES,

     Petitioner,

     v.

MONTANA EIGHTH JUDICIAL DISTRICT
COURT, CASCADE COUNTY, HONORABLE
JOHN W. PARKER, Presiding,

     Respondent.

FILED

DEC 17 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

———————————

Petitioner Montana Department of Public Health and Human Services (DPHHS) seeks a writ of review or supervisory control, with a stay of proceedings, to vacate the December 3, 2024 Order Resetting Review Hearing on Defendant's Fitness to Proceed of the Eighth Judicial District Court, Cascade County, in Cause No. DDC-24-253, to the extent that the court has ordered the in-person appearance of the Director of DPHHS at the review hearing, which is set for December 18, 2024. DPHHS further requests that the subject order be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighth Judicial District Court, the Cascade County Attorney, and Defendant Gregory Andrew LaPlant are each granted until January 6, 2025, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. DDC-24-253, and the Honorable John W. Parker, presiding.

DATED this 17th day of December, 2024.

_____

_____

_____

_____

_____
Justices